UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA )   CASE NUMBER __07 MJ 2737__
)
vs )   ABSTRACT OF ORDER
)
)   Booking No. _____
Joe anna Dominguez )
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/30/07__
the Court entered the following order:

__X__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
__X__ Defendant released on $ __15,000__ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

RECEIVED
2007 NOV 30 P 4:08
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
_____ Deputy Clerk

Received _____
       DUSM

Crim-9  (Rev 6-95)                                              ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**