# UNITED STATES DISTRICT COURT

# OF THE SOUTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DOMINGUEZ, JOEANNA JOEL,<br><br>        Defendant. | Case No.: 07 cr 3298 JAH<br><br><br>ORDER TO EXONERATE THE MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Mario Ponce-Teytud, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety: **LIZANDRA CEJA, 8542 COLUMBUS AVENUE, APT #11, N HILLS, CA 91343.**

IT IS SO ORDERED.

DATED: January 28, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court